IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MEGAN K. CARTER,<br><br>            Plaintiff,<br><br>vs.<br><br>H&R ACCOUNTS, INC.<br><br>            Defendant. | NO. 4:14 – cv - 00010<br><br><br><br>REVISED VOLUNTARY DISMISSAL<br>WITHOUT PREJUDICE |

Pursuant to Rule 41.1(a)(2) of the Local Federal Rules of Civil Procedure, plaintiff Megan Carter, requests all claims raised or that could have been raised in this action against Defendant, H&R Accounts, Inc., are hereby dismissed WITHOUT prejudice as the parties have reached a settlement agreement. Each party will bear its own costs and attorney fees.

   /s/ L. Ashley Zubal
L. Ashley Zubal     AT0009559
MARKS LAW FIRM, P.C.
4225 University Avenue
Des Moines, Iowa  50311
(515) 276-7211
Fax: (515) 276-6280
ATTORNEY FOR PLAINTIFF

Ben Roach
Nyemaster Goode, P.C.
700 Walnut, Suite 1600
Des Moines, IA 50309
(515) 283-8158
bpr@nyemaster.com

**CERTIFICATE OF SERVICE**:  By signing above, the attorney, L. Ashley Zubal certifies that on the 3d day of March, 2014, this document was filed electronically in the United States District Court for the Southern District of Iowa Court.  The parties listed will receive notice via US Mail.